CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JAN 19 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BERNARD RAY RICHARDSON, <br> Petitioner, | Civil Action No. 7:06-cv-00359 |
| v. | **FINAL ORDER** |
| JEFFREY N. DILLMAN, WARDEN, <br> Respondent. | By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that respondent's motion to dismiss shall be and is hereby **GRANTED**; the petition for habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**; and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 19th day of January, 2007.

/s/ James C. Turk
Senior United States District Judge